**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7647**

BRANDON MICHAEL PICKENS,

Plaintiff - Appellant,

v.

KIERAN J. SHANAHAN, Secretary of the Department of Public Safety; W. DAVID GUICE, Chief Deputy Secretary of the Department of Public Safety; ROBERT C. LEWIS; INA HILTON; SCOTLAND COUNTY; SORRELL SAUNDERS, Superintendent; N.C. PRISON LEGAL SERVICES; ELIZABETH ALBITSON, Staff Attorney; BEN FINHOLT, Staff Attorney; TIMOTHY REYNOLDS, Unit Manager,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Loretta Copeland Biggs, District Judge. (1:16-cv-00251-LCB-JLW)

Submitted: March 14, 2017          Decided: March 17, 2017

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brandon Michael Pickens, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Michael Pickens appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Pickens v. Shanahan, No. 1:16-cv-00251-LCB-JLW (M.D.N.C. Apr. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED